DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEW LAKE INVESTMENTS LLC,**
Appellant,

v.

**RENT-A-CENTER EAST INC.,**
Appellee.

No. 4D2025-0676

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; L.T. Case No. CACE24006912.

Yasir Billoo of International Law Partners LLP, Hollywood, for appellant.

M. Scott Thomas and Katie Moody of Burr & Forman LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***